**Terrance L. HOBBY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40906.**

Missouri Court of Appeals, Western District.

Nov. 7, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 2, 1990.

Application to Transfer Denied Feb. 13, 1990.

John L. Vohs, Asst. Public Defender, S. Richard Beitling, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and TURNAGE and ULRICH, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for postconviction relief.

Affirmed. Rule 84.16(b).

**Cornell JACKSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40981.**

Missouri Court of Appeals, Western District.

Nov. 7, 1989.

Susan L. Hogan, Asst. Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, P.J., and LOWENSTEIN and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).